**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

DONNELL ROBINSON                                                                                   PETITIONER
ADC #136685

V.                                        NO: 5:16CV00271 JM

WENDY KELLEY                                                                                       RESPONDENT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 26th day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE